U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG - 5 2015
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

WILLIAM B. FREEMAN      DOCKET NO. 15-CV-1669, SEC. P
(#25555-064)

VERSUS     JUDGE TRIMBLE

WARDEN     MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 is hereby **DISMISSED for lack of jurisdiction.**

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 5th day of August, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE